GERTRUDE ROGNON et al., Appellants, v. ROBERT ROGNON, Respondent.— In an action by the plaintiff wife to recover damages for personal injuries, and

by the plaintiff husband for loss of services and for his own personal injuries, judgment in favor of the defendant, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.